BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LENGSAVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GLENN LENGSAVATH,<br><br>    Defendant. | No. CR-08-00401 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GLENN LENGSAVATH'S UNOPPOSED REQUEST TO CHANGE DATE FOR SELF-SURRENDER** |

GOOD CAUSE APPEARING, upon the unopposed request of defendant Glenn Lengsavath, IT IS HEREBY ORDERED that the defendant's self-surrender date shall be changed from November 18, 2011, to December 18, 2011.

IT IS SO ORDERED.

Date: "P qxgo dgt '9.'4233

_Lucy H. Koh_
Lucy H. Koh
United States District Judge

[Proposed] Order Modifying Self-Surrender Date
No. CR 08-00401 JF      1